UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
CAROL WILLIAMS BLACK,                                         :
                                      Petitioner,             :
                                                              :    20 Civ. 3055 (LGS)
            -against-                                         :
                                                              :    **ORDER**
DECKER, et al.,                                               :
                                     Respondents.             :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 16, 2020, Petitioner filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt. No. 1);

WHEREAS, on May 26, 2020, the Government filed a memorandum of law in opposition (Dkt. No. 12).  It is hereby

**ORDERED** that, by **June 5, 2020**, Petitioner shall file any reply in support of his Petition.

Dated: May 27, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**