**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CAROL BLACK,

                          Petitioner,                                          20 **CIVIL** 3055 (LGS)

              -against-                                                          **JUDGMENT**

THOMAS DECKER, et al.,
                          Respondents.
-----------------------------------------------------------------X


              It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated July 23, 2020, Petitioner's request for a Writ of

Habeas Corpus is GRANTED in part. By August 6, 2020, Respondents shall provide an

individualized bond hearing to Petitioner to determine whether his detention is justified. Should they

fail to provide such a hearing, Respondents shall release Petitioner from detention. The Government

shall file a status letter to update the Court about Petitioner's status by August 7, 2020; accordingly,

this case is closed.

**DATED:**  New York, New York
                 July 24, 2020


                                                                    **RUBY J. KRAJICK**
                                                          _____
                                                                     **Clerk of Court**
                                        **BY:**
                                                                     **Deputy Clerk**